IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Criminal Action No.
24-00252-01-CR-W-RK

DAROY L. THOMAS,

Defendant.

---

## MEMORANDUM OF MATTERS DISCUSSED AND
## <u>ACTION TAKEN AT PRETRIAL CONFERENCE</u>

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Count One          Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
          Government: Sarah Rasalam
                    Case Agent:   TFO Jamie Miller, FBI
          Defense:      Jane Francis

**OUTSTANDING MOTIONS**:   Continuance Motion

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
          Government:      with stipulations;   15   without stipulations
          Defense:      1 witnesses, including Defendant who   (   ) will
                                                                                      (   ) may
                                                                                      ( x ) will not testify

**TRIAL EXHIBITS**:
          Government:   40      exhibits
          Defense:   0      exhibits

**DEFENSES**:
          ( x )   defense of general denial
          (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
          (   ) Definitely for trial                    (   ) Possibly for trial
          (   ) Motion to continue to be filed      ( x ) Likely a plea will be worked out

**TRIAL TIME**:     **4 days**
      Government's case including jury selection:   3-3 ½ days
      Defense case:   0 - ½ day

**STIPULATIONS**:
     ( x )   no stipulations have been discussed
     (  )   not appropriate
     (  )   likely as to:
          (  )   chain of custody
          (  )   chemist's reports
          (  )   prior felony conviction
          (  )   interstate nexus of firearm
          (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None


**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: April 6, 2026
    Defense: April 6, 2026
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: April 6, 2026
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:


**TRIAL SETTING**: Criminal jury trial docket commencing 4/20/2026
    **Please note**:   No conflicts with the 4/20/2026 docket

**OTHER**:
     (  )   A _____-speaking interpreter is required.
     (  )   Other assistive devices:  _____

    **IT IS SO ORDERED.**

                           */s/ Jill A. Morris*_____
                           JILL A. MORRIS
                           United States Magistrate Judge